**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**OFAHEMOONI LATU, aka "Mary,"**
**Defendant–Appellant.**

No. 01–10285.

D.C. No. CR–98–00078–ACK.

United States Court of Appeals,
Ninth Circuit.

Submitted May 13, 2002 *.

Decided May 24, 2002.

Before FERNANDEZ, RYMER and WARDLAW, Circuit Judges.

## MEMORANDUM **

Ofahemooni Latu appeals the conviction and 168–month sentence imposed after a jury found her guilty of distributing cocaine in violation of 21 U.S.C. § 841. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Latu contends that the district court erred by applying a preponderance of the evidence standard, rather than a clear and convincing evidence standard, to enhance her sentence, pursuant to U.S.S.G. § 1B1.3(a)(2), for distribution of an additional uncharged quantity of cocaine. Because Latu raises this issue for the first time on appeal, we review only for plain error. *See United States v. Jordan,* 256 F.3d 922, 926 (9th Cir.2001).

Whether or not the district court should have applied a clear and convincing standard is immaterial in this case because of the court's credibility determination and conservative estimate of drug quantity. *See id.* at 930 (requiring a showing of prejudice on plain error review).

Latu also challenges the constitutionality of 21 U.S.C. § 841(a) in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This contention is foreclosed by our decision in *United States v. Buckland,* 289 F.3d 558, 559 (9th Cir.2002) (en banc) (as amended) (upholding facial constitutionality of § 841).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.